On petition for review filed January 2, petition for review allowed and the decision of the Court of Appeals reversed and remanded to the Court of Appeals for further proceedings May 10, 1990

## DUNCAN C. FELLER,
*Respondent on Review,*

*v.*

## WRIGHT,
*Petitioner on Review.*

(TC CV88-718; CA A60277; SC S36788)

790 P2d 1140

Dave Frohnmayer, Attorney General, Virginia L. Linder, Solicitor General and Janet A. Metcalf, Assistant Attorney General, Salem, for petitioner on review.

Kurt C. Bendixsen and Garry L. Reynolds, P. C., Hermiston, for respondent on review.

No appearance *contra.*

MEMORANDUM OPINION

The petition for review is allowed. The decision of the Court of Appeals is reversed. The case is remanded to the Court of Appeals for further proceedings in the light of *Lane v. Maass,* 309 Or 671, 790 P2d 1137 (1990).